No. 83–5191.  INGRAHAM *v.* MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 83–5194.  EVANS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDERS REHABILITATIVE SERVICE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–5196.  MCNAIR *v.* ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 83–5197.  SELTZER *v.* PEACH ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 83–5200.  WHAM *v.* UNITED STATES POSTAL SERVICE. C. A. 4th Cir.  Certiorari denied.

No. 83–5201.  GEIGER *v.* LEHMAN, SECRETARY OF THE NAVY. C. A. 4th Cir.  Certiorari denied.

No. 83–5202.  WHITE *v.* UNITED PARCEL SERVICE, INC. C. A. 11th Cir.  Certiorari denied.

No. 83–5203.  SAMMONS *v.* ROTROFF.  Ct. App. Tenn.  Certiorari denied.

No. 83–5205.  BISHOP *v.* GANDY, DISTRICT MANAGER, SOCIAL SECURITY ADMINISTRATION.  Sup. Ct. Ala.  Certiorari denied.

No. 83–5207.  MULLIGAN *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 83–5208.  CINELLI *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 83–5210.  EDWARDS *v.* DAVIS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–5211.  NEACE *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.